**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DYLAN STANLEY** | **Case No. 7:11-CR-00057-HL-TQL-1** |

## ORDER ON MOTION FOR CONTINUANCE

      Defendant Dylan Stanley has moved the Court to continue the pretrial and trial term of the above-styled case, presently scheduled for July 16, 2012 and October 1, 2012, in Valdosta, Georgia.  The Government does not oppose this motion.  Defendant was arraigned on May 15, 2012, and is currently detained.  Counsel for defendant states additional time is needed to review discovery with the client, and to conduct further investigation.  The Court finds that it is in the interests of justice to allow the parties a continuance to complete plea negotiations and that these interests outweigh the interest of Defendant and the public in a speedy trial.  Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice.  Accordingly, the Motion for Continuance [Doc. 66] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's next trial calendar.  The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

      It is SO ORDERED, this 5th day of July, 2012.

      s/ Hugh Lawson
**HUGH LAWSON
UNITED STATES DISTRICT COURT JUDGE**